UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY YADEGAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VELTI plc, et al.,<br><br>    Defendants.<br>_____/ | No. C14-0372 EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge William H. Orrick to determine whether it is related to *Anika R. Rieckborn v. VELTI plc, et al.,* Civil Case No. C13-3889 WHO.

IT IS SO ORDERED.

Dated: February 14, 2014

_____
EDWARD M. CHEN
United States District Judge

cc: Judge William H. Orrick